**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | | |
|---|---|---|
| STATE OF MISSOURI, | * | |
| STATE OF GEORGIA, | * | |
| STATE OF ALABAMA, | * | |
| STATE OF ARKANSAS, | * | |
| STATE OF FLORIDA, | * | |
| STATE OF NORTH DAKOTA, and | * | |
| STATE OF OHIO, | * | |
| | * | |
| Plaintiffs | * | Civil Action No: _____ |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES DEPARTMENT | * | |
| OF EDUCATION, | * | |
| | * | |
| MIGUEL A. CARDONA, in his official | * | |
| capacity as Secretary, United States | * | |
| Department of Education, and | * | |
| | * | |
| JOSEPH R. BIDEN, Jr., in his official | * | |
| capacity as President of the United States, | * | |
| | * | |
| Defendants | * | |

**EXHIBIT "F"**

**TO COMPLAINT**