| | |
|---|---|
| From: | USDSCORTEAM |
| To: | AidvantagePMO@aidvantage.com; KarenKnoche@aidvantage.com; MichaelPalmiotto@aidvantage.com; SarahHockel@aidvantage.com; Wotring, Cathy - ADVS; z-Nelnet-FSA-PMO@nelnet.studentaid.gov; Hadley, John; HRyder@edfinancial.com; MBitsko@edfinancial.com; DKirtley@edfinancial.com; mjeshelman@edfinancial.com; grp.FC-Contracting; grp.communications; Farmer, Jennifer; Jamie.Brown@nelnetservicing.net; John.Hadley@nelnetservicing.net; Jill.Leitl@nelnetservicing.net |
| Cc: | Porter, Katherine; LaVia, Mark; Keniazh Cornett; Minaya, Mitchell; Cole, Candice; Phillips, Debra; USDSCORTEAM; Washington, Patrice; Jackson, Maxine; Booker, Anthony; Singleton, Rhonda; Moghaddam, George; Andre Barbosa |
| Subject: | RE: MEDIUM - USDS Servicers - CR 7037 - UAT |
| Date: | Friday, August 2, 2024 2:07:52 PM |
| Attachments: | image001.png |

> **Caution:** This email originated from outside the organization. Please take care when clicking links or opening attachments.

USDS Servicers

We have received a few questions about UAT for CRD 7037 Student Debt Relief. First we cannot change the due date for receipt of the UAT artifacts. FSA must have time to review and confirm the test results before implementation and if any errors are found, servicers will need time to make corrections. This step must also be completed prior to the Pre-PRR meeting, which again must be completed prior to implementation. You may have to prioritize testing SDR functions within your release to meet this deadline.

FSA expects that the scenarios we included are already part of your system testing plans and we are just asking for artifacts to confirm the results. FSA is not providing the forgiveness files to complete this testing. We expect you to do that in your own testing efforts. There will be test files provided as part of IST to confirm formatting of the files.

If helpful, servicers may submit artifacts as test cases are completed instead of waiting to send all at once. We hope this flexibility will assist as we all know the timeline for this implementation is compressed.

And separately, a reminder that all questions related to SDR must include Katherine Porter and Mark LaVia, and please include FSAVendorManagmentTeam@ed.gov so that we can ensure questions are addressed timely.

Thank you for your cooperation!

Maxine L. Jackson
Contracting Officer Representative-FAC-C-II; FAC-COR III
U.S. Department of Education
Office of Student Experience and Aid Delivery (SEAD)
Office: 202-401-2425
Mobile: 202-549-1943
Maxine.jackson@ed.gov



EXHIBIT G