# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| STATE OF MISSOURI,<br>STATE OF GEORGIA,<br>STATE OF ALABAMA<br>STATE OF ARKANSAS,<br>STATE OF FLORIDA,<br>STATE OF NORTH DAKOTA, and<br>STATE OF OHIO<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>MIGUEL A. CARDONA, in his official capacity as Secretary, United States Department of Education, and<br><br>JOSEPH R. BIDEN, Jr., in his official capacity as President of the United States,<br><br>*Defendants*. | Civil Action No. 2:24-cv-00103-LGW-BWC |

## MOTION TO SEAL CONTENTS OF EXHIBITS D AND F

Plaintiff States move for permission to seal the contents of Exhibits D and F until final judgment or Defendants consent to unsealing. *See* L.R. 79.7. These exhibits contain documents submitted by Defendants to MOHELA, which Plaintiff States obtained through compulsory legal process. Defendants marked these documents confidential, stating that these materials are "sensitive but unclassified information" and "includ[e] proprietary data, interpretations and/or derivatives of such data provided by the Federal Student Aid (FSA) Contracting Office and/or entities other than the contracting parties." *See* Ex. D at 1. Plaintiff States move to seal this

information in an abundance of caution, recognizing that Defendants are in the best position to determine any consequences of unsealing.

Date: September 3, 2024                                   Respectfully Submitted,

**CHRISTOPHER M. CARR**                         **ANDREW BAILEY**
**Attorney General of Georgia**                      **Attorney General of Missouri**
Stephen J. Petrany
*Solicitor General*                                              /s/ Joshua M. Divine
Office of the Attorney General                         Joshua M. Divine*
40 Capitol Square, SW                                       *Solicitor General*
Atlanta, Georgia 30334                                    Reed C. Dempsey*
(404) 458-3408                                                   *Deputy Solicitor General*
spetrany@law.ga.gov                                       Missouri Attorney General's Office
                                                                          Post Office Box 899
/s/ G. Todd Carter                                              Jefferson City, MO 65102
G. Todd Carter, Esq.                                         Tel. (573) 751-1800
Georgia Bar No: 113601                                   Fax. (573) 751-0774
Special Assistant Attorney General               josh.divine@ago.mo.gov
Office of the Georgia                                        reed.dempsey@ago.mo.gov
Attorney General
Brown, Readdick, Bumgartner,                     *Pro hac vice pending
Carter, Strickland &Watkins, LLP
5 Glynn Avenue
P. O. Box 220
Brunswick, GA 31521-0220
Tel: 912-264-8544
Fax: 912-264-9667
tcarter@brbcsw.com

2

**STEVE MARSHALL**
**Attorney General of Alabama**

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.*
   *Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130-0152
(334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Pro hac vice pending

**TIM GRIFFIN**
**Attorney General of Arkansas**

/s/Nicholas Bronni
Nicholas J. Bronni*
   *Solicitor General*
Dylan L. Jacobs*
   *Deputy Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-3661
Nicholas.Bronni@arkansasag.gov
Dylan.Jacobs@arkansasag.gov

*Pro hac vice pending

**ASHLEY MOODY**
**Attorney General of Florida**

/s/James H. Percival
James H. Percival*
   *Chief of Staff*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Pro hac vice pending

**DREW H. WRIGLEY**
**Attorney General of North Dakota**

/s/ Philip Axt
Philip Axt*
   *Solicitor General*
North Dakota Attorney General's Office
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Telephone: (701) 328-2210
pjaxt@nd.gov

*Pro hac vice pending

**DAVE YOST**
**Attorney General of Ohio**

/s/ T. Elliot Gaiser
T. Elliot Gaiser*
   *Solicitor General*
Mathura J. Sridharan*
   *Deputy Solicitor General*
Office of the Attorney General
365 East Broad Street
Columbus, Ohio 43215
Phone: (614) 466-8980
thomas.gaiser@ohioago.gov

*Pro hac vice pending