**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| STATE OF MISSOURI,<br>STATE OF GEORGIA,<br>STATE OF ALABAMA<br>STATE OF ARKANSAS,<br>STATE OF FLORIDA,<br>STATE OF NORTH DAKOTA, and<br>STATE OF OHIO<br><br>   *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>MIGUEL A. CARDONA, in his official capacity as Secretary, United States Department of Education, and<br><br>JOSEPH R. BIDEN, Jr., in his official capacity as President of the United States,<br><br>   *Defendants*. | 2:24-cv-00103-LGW-BWC<br><br>Civil Action No. _____<br><br>**EMERGENCY TRO requested immediately, but no later than September 6, 2024** |

<u>**NOTICE REQUESTING HEARING ON
MOTION FOR TEMPORARY RESTRAINING ORDER**</u>

Plaintiff States hereby request a hearing on their motion for a temporary restraining order any time between now and Friday, September 6, 2024, or as soon thereafter as may be heard.  To avoid logistical difficulties of last-minute travel, Plaintiff States request video or teleconference if possible.  Because counsel for Missouri is most familiar with the arguments, Plaintiff States also request that the Court promptly rule on Missouri counsel's pro hac applications, which are being filed concurrently with this motion.

Plaintiff States have alerted Defendants of their complaint, this request for a hearing, and the combined motion for stay/preliminary injunction/temporary restraining order.  On September

3, 2024, shortly after the complaint and brief were filed, Plaintiffs' counsel Joshua Divine sent an email to Stephen M. Pezzi (Stephen.Pezzi@usdoj.gov) and Simon G. Jerome (Simon.G.Jerome@usdoj.gov) at the United States Department of Justice, Civil Division.  Mr. Pezzi and Mr. Jerome are counsel of record for the same Defendants in the second mass cancellation challenge in the United States District Court for the Eastern District of Missouri.  That email included a copy of the complaint in this action, the accompanying exhibits, the combined motion for stay/preliminary injunction/temporary restraining order, and a copy of this motion.

Date: September 3, 2024

Respectfully Submitted,

**CHRISTOPHER M. CARR**
**Attorney General of Georgia**
Stephen J. Petrany
*Solicitor General*
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

/s/ G. Todd Carter
G. Todd Carter, Esq.
Georgia Bar No: 113601
Special Assistant Attorney General
Office of the Georgia
Attorney General
Brown, Readdick, Bumgartner,
Carter, Strickland &Watkins, LLP
5 Glynn Avenue
P. O. Box 220
Brunswick, GA 31521-0220
Tel: 912-264-8544
Fax: 912-264-9667
tcarter@brbcsw.com

**ANDREW BAILEY**
**Attorney General of Missouri**

/s/ Joshua M. Divine
Joshua M. Divine*
   *Solicitor General*
Reed C. Dempsey*
   *Deputy Solicitor General*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel. (573) 751-1800
Fax. (573) 751-0774
josh.divine@ago.mo.gov
reed.dempsey@ago.mo.gov

*Pro hac vice pending

**STEVE MARSHALL**

**Attorney General of Alabama**

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.*
   *Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130-0152
(334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Pro hac vice pending

**TIM GRIFFIN**
**Attorney General of Arkansas**

/s/Nicholas Bronni
Nicholas J. Bronni*
   *Solicitor General*
Dylan L. Jacobs*
   *Deputy Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-3661
Nicholas.Bronni@arkansasag.gov
Dylan.Jacobs@arkansasag.gov

*Pro hac vice pending

**ASHLEY MOODY**
**Attorney General of Florida**

/s/James H. Percival
James H. Percival*
   *Chief of Staff*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Pro hac vice pending

**DREW H. WRIGLEY**
**Attorney General of North Dakota**

/s/ Philip Axt
Philip Axt*
   *Solicitor General*
North Dakota Attorney General's Office
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Telephone: (701) 328-2210
pjaxt@nd.gov

*Pro hac vice pending

**DAVE YOST**
**Attorney General of Ohio**

/s/ T. Elliot Gaiser
T. Elliot Gaiser*
   *Solicitor General*
Mathura J. Sridharan*
   *Deputy Solicitor General*
Office of the Attorney General
365 East Broad Street
Columbus, Ohio 43215
Phone: (614) 466-8980
thomas.gaiser@ohioago.gov

*Pro hac vice pending