# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| STATE OF MISSOURI; STATE OF GEORGIA; STATE OF ALABAMA; STATE OF ARKANSAS; STATE OF FLORIDA; STATE OF NORTH DAKOTA; STATE OF OHIO,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL A. CARDONA, in his official capacity as Secretary, United States Department of Education; PRESIDENT JOSEPH R. BIDEN, JR., in his official capacity as President of the United States,<br><br>    Defendants. | * * * * * * * * * * * * * * * * * * * | CV 224-103 |

## ORDER

The undersigned hereby recuses herself from handling this case. The matter is hereby transferred to Chief Judge R. Stan Baker for further disposition.

**SO ORDERED**, this 3rd day of September, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA