UNITED STATES DISTRICT COURT<br>
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| STATE OF MISSOURI, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00103-RSB-BWC |

## NOTICE OF APPEARANCE

Please take notice that Simon Gregory Jerome, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for Defendants in the above-captioned matter. Pursuant to Local Rule 83.4(c), Mr. Jerome hereby certifies that he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

Dated: September 4, 2024　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　MARCIA BERMAN
　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　*/s/ Simon G. Jerome*
　　　　　　　　　　　　　　　　　SIMON G. JEROME (D.C. Bar No. 1779245)
　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　1100 L Street, N.W.
　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　Tel: (202) 514-2705
　　　　　　　　　　　　　　　　　Email: simon.g.jerome@usdoj.gov

　　　　　　　　　　　　　　　　　*Counsel for Defendants*