IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| STATE OF MISSOURI; STATE OF GEORGIA; STATE OF ALABAMA; STATE OF ARKANSAS; STATE OF FLORIDA; STATE OF NORTH DAKOTA; STATE OF OHIO,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL A. CARDONA, in his official capacity as Secretary, United States Department of Education; PRESIDENT JOSEPH R. BIDEN, JR., in his official capacity as President of the United States,<br><br>    Defendants. | CIVIL ACTION NO.: 2:24-cv-103 |

**O R D E R**

This matter is hereby transferred to the Honorable J. Randal Hall for further disposition.

**SO ORDERED**, this 4th day of September, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA