# United States District Court

## Southern District of Georgia

State of Missouri, et al.
Plaintiff

v.

U. S. Dept. of Education, et al.
Defendant

Case No. 2:24-cv-00103-LGW-BWC

Appearing on behalf of

Plaintiff State of Alabama
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __9th__ day of __September__, __2024__.

*/s/ Christopher L. Ray*
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Edmund G. LaCour Jr.

Business Address: Office of the Alabama Attorney General
Firm/Business Name

501 Washington Avenue
Street Address

Street Address (con't) | Montgomery | AL | 36130
City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

334.242.7300
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: Edmund.LaCour@AlabamaAG.gov