# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Case No. 2:24-cv-00103-JRH-CLR |

## DEFENDANTS' MOTION FOR LEAVE TO FILE EXCESS PAGES

Defendants respectfully move this Court for an order allowing them to exceed the 26-page limit imposed by Local Rule 7.1(a) for their forthcoming response to Plaintiffs' Combined Motion for Stay/Preliminary Injunction/Temporary Restraining Order, ECF No. 5, which is due today, ECF No. 17.  Defendants move the Court to extend the page limit by six pages, to allow them to file a brief totaling 32 pages.

As good cause for this request, Defendants note that the motion to which Defendants are responding is 52 pages long, after the Court granted Plaintiffs' motion for 30 additional pages.  ECF No. 4.  Defendants need the six additional pages to fully develop their arguments in response to Plaintiffs' lengthy filing.

Earlier today, counsel for Defendants emailed counsel for Plaintiffs to request Plaintiffs' position on this motion.  Plaintiffs' counsel did not respond, as of the time of this filing.

| | |
|---|---|
| Dated: September 10, 2024 | Respectfully submitted, |
| JILL E. STEINBERG<br>United States Attorney<br>Southern District of Georgia | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>MARCIA BERMAN<br>Assistant Branch Director |
| /s/ Shannon H. Statkus<br>SHANNON H. STATKUS<br>Assistant United States Attorney<br>South Carolina Bar No. 70410<br>United States Attorney's Office<br>Post Office Box No. 2017<br>Augusta, Georgia 30903<br>Tel.: (706) 724-0517 | /s/ Stephen M. Pezzi<br>STEPHEN M. PEZZI<br> D.C. Bar No. 995500<br> Senior Trial Counsel<br>SIMON GREGORY JEROME<br> D.C. Bar. No. 1779245<br> Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel.: (202) 305-8576<br>Email: stephen.pezzi@usdoj.gov<br><br>*Counsel for Defendants* |