## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Case No. 2:24-cv-00103-JRH-CLR |

### **[PROPOSED] ORDER**

Upon consideration of Defendants' motion for leave to file excess pages, and the entire record herein, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that Defendants may file a 32-page response brief.

**SO ORDERED.**

Date:

_____
THE HONORABLE CHRISTOPHER L. RAY
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA