UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Case No. 2:24-cv-00103-JRH-CLR |

**DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION TO SEAL**

In support of their complaint and motions for injunctive relief, Plaintiffs filed two exhibits under seal. *See* Exs. D & F to the Compl., ECF Nos. 1-4 & 1-6. The accompanying Motion to Seal, ECF No. 6, indicates that Plaintiffs sought to seal the exhibits (one of which is marked confidential) "in an abundance of caution, recognizing that Defendants are in the best position to determine any consequences of unsealing." *Id.* at 2.

Without expressing a view as to the legality of the process through which the exhibits were obtained, or as to the applicability of privileges and protections that might otherwise justify their sealing, Defendants acknowledge the "tradition favoring access" underlying the common-law right to court filings, *Chi. Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1312 (11th Cir. 2001), and the fact that they have (by necessity) discussed these exhibits at length in a recent filing. *See generally* Defs.' Mem. of Law in Opp'n to Pls.' Mot. for a Stay, ECF No. 35. Under these circumstances, Defendants do not object to these documents being unsealed.

| | |
|---|---|
| Dated:  September 13, 2024 | Respectfully submitted, |
| JILL E. STEINBERG<br>United States Attorney<br>Southern District of Georgia | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>MARCIA BERMAN<br>Assistant Branch Director |
| */s/ Shannon H. Statkus*<br>SHANNON H. STATKUS<br>Assistant United States Attorney<br>South Carolina Bar No. 70410<br>Post Office Box No. 2017<br>Augusta, Georgia 30903<br>Tel.:  (706) 724-0517 | */s/ Simon G. Jerome*<br>STEPHEN M. PEZZI<br> D.C. Bar No. 995500<br> Senior Trial Counsel<br>SIMON GREGORY JEROME<br> D.C. Bar. No. 1779245<br> Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel.:  (202) 514-2705<br>Email:  simon.g.jerome@usdoj.gov<br><br>*Counsel for Defendants* |