IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| STATE OF MISSOURI,<br>STATE OF GEORGIA,<br>STATE OF ALABAMA<br>STATE OF ARKANSAS,<br>STATE OF FLORIDA,<br>STATE OF NORTH DAKOTA, and<br>STATE OF OHIO<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>MIGUEL A. CARDONA, in his official capacity as Secretary, United States Department of Education, and<br><br>JOSEPH R. BIDEN, Jr., in his official capacity as President of the United States,<br><br>*Defendants*. | Civil Action No. 2:24-cv-00103-JRH-BWC |

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Plaintiff States move this Court for an order allowing them to exceed the 26-page limit imposed by Local Rule 7.1(a) for their omnibus Memorandum in Support of their Motion for a Stay, Preliminary Injunction, Temporary Restraining Order and in Response to Defendants' Motions to Dismiss and Clarify. The States move the Court to extend the page limit to allow them to file a brief totaling 38 pages.

Excess pages are needed because Plaintiff States' brief is an omnibus response to three different filings by Defendants that total 64 pages: Defendants' response to the TRO/PI/Stay motion (42 pages), Defendants' motion to dismiss (19 pages), and Defendants' motion to clarify

1

(3 pages).  (Per Local Rule 7.1(a), page count begins on the first pages of a brief and includes all pages thereafter.)

    Plaintiff States have conferred with Defendants who said they do not oppose this motion. Plaintiff States respectfully request that the Court allow them to file a Brief in Support of their Combined Motion and in Response to Defendants' Motions totaling 38 pages in length.

Date: September 13, 2024            Respectfully Submitted,

**CHRISTOPHER M. CARR**        **ANDREW BAILEY**
**Attorney General of Georgia**       **Attorney General of Missouri**

/s/ Stephen J. Petrany            /s/ Joshua M. Divine
Stephen J. Petrany                Joshua M. Divine
*Solicitor General*                 *Solicitor General*
Office of the Attorney General       Reed C. Dempsey
40 Capitol Square, SW              *Deputy Solicitor General*
Atlanta, Georgia 30334            Missouri Attorney General's Office
(404) 458-3408                    Post Office Box 899
spetrany@law.ga.gov             Jefferson City, MO 65102
                                       Tel. (573) 751-1800
G. Todd Carter, Esq.             Fax. (573) 751-0774
Georgia Bar No: 113601           josh.divine@ago.mo.gov
Special Assistant Attorney General   reed.dempsey@ago.mo.gov
Office of the Georgia
Attorney General                  **TIM GRIFFIN**
Brown, Readdick, Bumgartner,     **Attorney General of Arkansas**
Carter, Strickland &Watkins, LLP
5 Glynn Avenue                 /s/Nicholas Bronni
P. O. Box 220                    Nicholas J. Bronni
Brunswick, GA 31521-0220        *Solicitor General*
Tel: 912-264-8544              Dylan L. Jacobs
Fax: 912-264-9667              *Deputy Solicitor General*
tcarter@brbcsw.com             Office of the Arkansas Attorney General
                                       323 Center Street, Suite 200
                                       Little Rock, AR 72201
                                       (501) 682-3661
                                       Nicholas.Bronni@arkansasag.gov
**STEVE MARSHALL**             Dylan.Jacobs@arkansasag.gov
**Attorney General of Alabama**

                                       **ASHLEY MOODY**
s/ Edmund G. LaCour Jr.          **Attorney General of Florida**
Edmund G. LaCour Jr.
   *Solicitor General*
Office of the Attorney General       /s/James H. Percival
State of Alabama                 James H. Percival
501 Washington Avenue           *Chief of Staff*
P.O. Box 300152                 Office of the Attorney General
Montgomery, AL 36130-0152     The Capitol, Pl-01
(334) 242-7300                   Tallahassee, Florida 32399-1050
Edmund.LaCour@AlabamaAG.gov   (850) 414-3300
                                       (850) 410-2672 (fax)
                                       james.percival@myfloridalegal.com

**DREW H. WRIGLEY**
**Attorney General of North Dakota**

/s/ Philip Axt
Philip Axt
   *Solicitor General*
North Dakota Attorney General's Office
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Telephone: (701) 328-2210
pjaxt@nd.gov

**DAVE YOST**
**Attorney General of Ohio**

/s/ T. Elliot Gaiser
T. Elliot Gaiser
   *Solicitor General*
Office of the Attorney General
365 East Broad Street
Columbus, Ohio 43215
Phone: (614) 466-8980
thomas.gaiser@ohioago.gov

# CERTIFICATE OF SERVICE

I hereby certify that, on September 13, 2024, the foregoing was filed electronically through the Court's electronic filing system and served by email on all parties.

/s/ *Joshua M. Divine*
Solicitor General of Missouri