# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| STATE OF MISSOURI,<br>STATE OF GEORGIA,<br>STATE OF ALABAMA<br>STATE OF ARKANSAS,<br>STATE OF FLORIDA,<br>STATE OF NORTH DAKOTA, and<br>STATE OF OHIO<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>MIGUEL A. CARDONA, in his official capacity as Secretary, United States Department of Education, and<br><br>JOSEPH R. BIDEN, Jr., in his official capacity as President of the United States,<br><br>*Defendants*. | Civil Action No. 2:24-cv-00103-JRH-BWC |

## **ORDER**

This matter is before the Court on Plaintiffs' Motion for Leave to Exceed the Page Limit. For good cause shown, the Court will grant the Plaintiffs' Motion for Leave to Exceed the Page Limit.

Dated this ____ day of September, 2024

_____
HONORABLE J. RANDAL HALL,
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA