UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) )   CV224-103 |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, | ) ) ) ) ) |
| Defendants. | ) |

# ORDER

Plaintiff States have filed a complaint seeking declaratory and injunctive relief related to a student loan forgiveness program proposed by the executive branch. Doc. 1. Plaintiffs have attached numerous exhibits to the complaint. *Id.* Plaintiffs move to seal two of those exhibits (specifically Exhibits D and F) until final judgment or until Defendants consent to unsealing. Doc. 6. Defendants have since clarified in their Response to Plaintiffs' Motion to Seal, doc. 43, that they do not object to these documents being unsealed. Because Defendants have consented to unsealing, Plaintiff States' Motion to Seal, doc. 6, is **DENIED**. The Clerk

is **DIRECTED** to file Exhibit D (doc. 1-4) and Exhibit F (doc. 1-5) on the open docket.

**SO ORDERED**, this 17th day of September, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA