IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

STATE OF MISSOURI; STATE OF    *
GEORGIA; STATE OF ALABAMA;    *
STATE OF ARKANSAS; STATE OF   *
FLORIDA; STATE OF NORTH     *
DAKOTA; and STATE OF OHIO,    *
                         *
   Plaintiffs,          *
                         *
      v.            *     CV 224-103
                         *
UNITED STATES DEPARTMENT OF  *
EDUCATION; MIGUEL A. CARDONA, *
in his official capacity as  *
Secretary, United States     *
Department of Education; AND  *
JOSEPH R. BIDEN, JR., in his *
official capacity as President *
of the United States,      *
                         *
   Defendants.         *

## O R D E R

Following a hearing held on September 18, 2024, the Court is taking under consideration Plaintiffs' motion for preliminary injunction (Doc. 5) and Defendants' motion to dismiss (Doc. 37). During the hearing, the Court heard arguments from both sides on the motions.  Based on the extensive briefing and arguments, the Court finds good cause exists to extend the temporary restraining order currently in place.  (Doc. 17.)

**IT IS HEREBY ORDERED** that the temporary restraining order (Doc. 17) entered by the Court on September 5, 2024 shall be

extended for an additional fourteen days from the date of this Order. The extension will allow the Court to appropriately review and assess the Parties' submitted briefs and argument offered during the September 18, 2024 hearing and to issue an Order addressing the pending motions.

**ORDER ENTERED** at Augusta, Georgia, this _19th_ day of September, 2024 at ___9:00___ A.M.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA